UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| *In re* **BAYCOL PRODUCTS LITIGATION** | : | MDL No. 1431 |
| | : | (MJD/JGL) |
| **This Document Relates to:** | : | |
| | : | |
| *William Adams, et al. v. Bayer Corp., et al.* | : | Case No. 03-4946 |

## ORDER

Based on the stipulated submissions pursuant to Pretrial Order No. 114 and this Court's Order of November 5, 2004, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED**:

The claims of Plaintiffs Alton Bailey, Franklin Baldwyn, William Blanch, Shelby Box, W.W. Brand, Paul Brown, Mamie Calvert, Zada Lue Causey, Clarence Chandler, Eloise Clark, Pearlie Davis, Walker Dewauld, Bobbie Evans, James Evans, Alice Fields, Mary Floyd, Cle Harbor, Richard Harrison, Adrian Haynes, George Herron, Clara Huey, Bobbie M. Jackson, James Lee, Cheryl Lumpkin, Martha Lyles, Earl McGreger, Melba Menotti, Claude Minor, Mary Moore, Lorene Morris, George Pate, Georgia Richardson, Aaron Shelton, Patsy Shepherd, Murphy Spates, Louise Starks, Curtis Lee Stegall, Ron Stevens, Estelle Taylor, Dean Tucker, Eula Mae Watkins, and Bernice Wynn are **DISMISSED WITH PREJUDICE** from the above-captioned case.

Dated: DEC 08 2004

*/s/ Michael J. Davis*
The Honorable Michael J. Davis
United States District Court

SCANNED
DEC 9 2004
U.S. DISTRICT COURT MPLS