UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION*  MDL NO. 1431
                                    (MJD/SRN)
This Document Relates to:

**ORDER**

*William Adams, et al., v. Bayer Corp., et al.*  Case No. 03-4946
*(Plaintiff Walter Pennington only)*

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated April 20, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Walter Pennington [Doc. No. 14] is GRANTED; and

2. Plaintiff Walter Pennington's action is DISMISSED WITH PREJUDICE.

DATED: MAY 2 2 2007, 2007.

Judge Michael J. Davis
United States District Court Judge

SCANNED
MAY 2 4 2007
U.S. DISTRICT COURT MPLS

1